UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENNAN LANDY and CANDY WORKMAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>SUNPATH LTD.<br><br>          Defendant. | Civil Action No. 1:19-cv-12562-IT |

**DEFENDANT'S ASSENTED-TO MOTION TO
CONTINUE SCHEDULING CONFERENCE**

Defendant SunPath Ltd. respectfully requests that this Court continue the scheduling conference – which is currently set for March 3, 2020 – to one of the following dates: **March 13, 16, 18-20, 23-27, 30, or 31, 2020**.

The Court set the scheduling conference by a notice issued February 4, 2020 (Dkt. # 11).

As grounds for this motion (the "Motion"), Defendant asserts that a short continuance of the scheduling conference is required to accommodate the schedule of Defendant's lead counsel, who is located in Virginia.

Counsel for all parties have conferred, and they have confirmed that the following dates are currently available for a scheduling conference:  March 13, 16, 18-20, 23-27, 30, and 31, 2020.

No party will be prejudiced if this Motion is allowed.  Indeed, Plaintiffs have assented to this Motion.

**WHEREFORE**, Defendant SunPath Ltd. respectfully requests that the Court allow this Motion and reschedule the scheduling conference (currently set for March 3, 2020) for one of the dates requested above.

1

Dated February 18, 2020

Respectfully submitted,

SUNPATH LTD.

By its attorneys,

/s/ *Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Telephone: (617) 500-8600
Facsimile: (617) 500-8665
*sriden@beckreed.com*

and

Mitchell N. Roth, Esq., (Admitted *Pro Hac Vice*)
Gregory M. Caffas, Esq., (Admitted *Pro Hac Vice*)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, Virginia
(703) 485-3536
(703) 485-3533 (Facsimile)
*mroth@rothjackson.com*
*gcaffas@rothjackson.com*

and

Joseph P. Bowser, Esq., (Admitted *Pro Hac Vice*)
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
(804) 441-8701
(804) 441-8438 (Facsimile)
*jbowser@rothjackson.com*

## CERTIFICATE OF SERVICE

I, Stephen D. Riden, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 18, 2020.

Respectfully submitted,

/s/ *Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Telephone: (617) 500-8600
Facsimile: (617) 500-8665

*Counsel for Defendant*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I certify pursuant to Local Rule 7.1(a)(2) that counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues presented by this Motion. Plaintiffs' counsel has assented to the relief requested in this Motion.

*/s/ Stephen D. Riden*
Stephen D. Riden