IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRENNAN LANDY and CANDY WORKMAN**, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>**SUNPATH LTD.**, a Massachusetts corporation<br><br>　　　Defendant. | Case No. 1:19-cv-12562-IT |

## NOTICE OF SETTLEMENT

Please take notice that on September 30, 2020, the parties to this action finalized and executed a settlement agreement with regard to Plaintiffs' claims against Defendant SunPath Ltd. ("SunPath") in this action. Accordingly, in advance of the Status Hearing scheduled for October 13, 2020 at 2:45 p.m., SunPath respectfully submits this Notice and requests that this case be stayed for a period of 120 days or until such time that dismissal pleadings are filed in accordance with the parties' settlement agreement.

Dated October 6, 2020

Respectfully submitted,

SUNPATH LTD.

By its attorneys,

/s/ *Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
Jillian E. Carson, BBO No. 698505
BECK REED RIDEN LLP
155 Federal St., Suite 1302
Boston, MA 02110
Tel: (617) 500-8660
Fax: (617) 500-8665
sriden@beckreed.com
jcarson@beckreed.com

JOSEPH P. BOWSER, *pro hac vice*
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
jbowser@rothjackson.com

MITCHELL N. ROTH, *pro hac vice*
GREGORY M. CAFFAS, *pro hac vice*
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, Virginia 22102
Phone: 703-485-3531
Fax: 703-485-3525
mroth@rothjackson.com
gcaffas@rothjackson.com

*Attorneys for Defendant SunPath, Ltd.*

**CERTIFICATE OF SERVICE**

I, Stephen D. Riden, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 6, 2020.

October 6, 2020                                                                 Respectfully submitted,

/s/ *Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
BECK REED RIDEN LLP
155 Federal St., Suite 1302
Boston, MA 02110
Tel: (617) 500-8660
Fax: (617) 500-8665
sriden@beckreed.com

*Counsel for Defendant*