## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRENNAN LANDY** and **CANDY WORKMAN**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**SUNPATH LTD.**, a Massachusetts corporation,<br><br>*Defendant.* | Case No. 19-CV-12562-IT<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Brennan Landy and Candy Workman, and Defendant SunPath Ltd., through their counsel, stipulate as follows:

1. Plaintiffs filed this alleged class action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

3. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiffs against Defendant. The claims of members of the alleged class, if any, are dismissed without prejudice.

4. Plaintiffs and Defendant further agree that each party is to bear his, her, or its own attorney's fees and costs.

| | |
|---|---|
| Dated: February 3, 2021 | Patrick H. Peluso |
| | Steven L. Woodrow*<br>swoodrow@woodrowpeluso.com<br>Patrick H. Peluso*<br>ppeluso@woodrowpeluso.com<br>Stephen A. Klein*<br>sklein@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Avenue, Suite 300,<br>Denver, CO 80210<br>Tel: (720) 213-0675<br><br>*Attorneys for Plaintiff and the Classes*<br><br>*Admitted Pro Hac Vice |
| Dated: February 3, 2021 | /s/ Stephen D. Riden<br>Stephen D. Riden, BBO No. 644451<br>sriden@beckreed.com<br>BECK REED RIDEN LLP<br>155 Federal St., Suite 1302<br>Boston, MA 02110<br>Tel: (617) 500-8660<br>Fax: (617) 500-8665<br><br>Mitchell N. Roth, *Pro Hac Vice*<br>Gregory M. Caffas, *Pro Hac Vice*<br>ROTH JACKSON<br>8200 Greensboro Drive, Suite 820<br>McLean, Virginia 22102<br>Phone:  703-485-3531<br>Fax:  703-485-3525<br>mroth@rothjackson.com<br>gcaffas@rothjackson.com<br><br>Joseph P. Bowser, *Pro Hac Vice*<br>ROTH JACKSON<br>1519 Summit Avenue, Suite 102<br>Richmond, Virginia 23230<br>Phone:  804-441-8701<br>Fax:  804-441-8438 |

jbowser@rothjackson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on February 3, 2021.

/s/ Patrick H. Peluso